**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ROBERT JAMES FRANKS,

            Petitioner,

       v.

LINDA SANDERS (WARDEN),

           Respondent.

No. CV 09-8690-CBM(CW)
[Consolidated cases:
No. CV 10-594-CBM(CW)
No. CV 10-1318-CBM(CW)]

JUDGMENT

    **IT IS ADJUDGED** that the petitions for writ of habeas corpus are denied and this consolidated action is dismissed with prejudice.

DATED:     September 12, 2012

                       CONSUELO B. MARSHALL
               United States District Judge